HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIU MAN WU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 367,<br><br>　　　　　Defendant. | CASE NO. C13-748 RAJ<br><br>ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

The court has received a public records request from a non-party, requesting access to the voluminous documents filed with plaintiff's complaint. Dkt. # 22. The Freedom of Information Act does not apply to this court. Nevertheless, those documents are now available on the docket. Dkt. # 4. The court will not respond further to the letter.

Dated this 25th day of March, 2014.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

ORDER- 1